UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KELLI CHRISTINE SHULTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:18-cv-02237-JDE<br><br>ORDER AWARDING ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.C.S. § 2412(d) AND COSTS PURSUANT TO 29 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 29),

IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $6,000.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: April 26, 2019

                                                   _____
                                                   JOHN D. EARLY
                                                   United States Magistrate Judge